MERCHANTS' LIFE INS. CO. v. HANKS.

SAME v. MOTZ.

(Nos. 943–944.)

(Court of Civil Appeals of Texas. El Paso. March 20, 1919.)

Appeal from Taylor County Court; E. M. Overshiner, Judge.

Actions by Charles Motz, Jr., and Marshall Bernard Hanks, against the Merchants' Life Insurance Company. From judgments for plaintiffs, defendant appeals. Affirmed.

Cunningham & Oliver, of Abilene, and Locke & Locke, of Dallas, for appellant.
Sayles & Sayles, of Abilene, for appellees.

HIGGINS, J. These are companion cases to Merchants' Life Ins. Co. v. Chester H. Lathrop, 210 S. W. 593, this day decided. It is agreed by the parties that the facts are the same, and that the cases are governed by the same principles of law. In these cases there is no error in amount of the judgments. Upon the authority of the Lathrop Case, these cases are affirmed.